

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CHRISTOPHER WILLIAM ODEN,**

    Petitioner,

v.                                                                           Civil Action No. **3:19CV387**

**UNITED STATES OF AMERICA,**

    Respondent.

## MEMORANDUM OPINION

Christopher William Oden, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 Petition. ("§ 2241 Petition," ECF No. 1.) For the reasons set forth below, the § 2241 action will be dismissed without prejudice.

Under 28 U.S.C. § 2241, federal courts are empowered to grant writs of habeas corpus in the district where an inmate is confined because the "district court properly exercises jurisdiction over a habeas petition whenever it has jurisdiction over the petitioner's custodian." 28 U.S.C. § 2241(a); *United States v. Poole*, 531 F.3d 263, 271 (4th Cir. 2008) (citing *Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 495 (1973)). At the time Oden filed the § 2241 Petition, Oden was incarcerated in Springfield, Missouri. (§ 2241 Pet. 1.) Accordingly, by Memorandum Order entered on July 1, 2019, the Court directed Oden to show good cause why the action should not be dismissed without prejudice to Oden's refiling in the district where he is confined. Oden did not respond to that Memorandum Order. The action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: **OCT 08 2019**
Richmond, Virginia

                                                         8 Oct. 2019 /s/
                                                         John A. Gibney, Jr.
                                                          United States District Judge